# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Celena Sherman; Jalen Sherman, a minor, by and through his Guardian Ad Litem, Celena Sherman

Name(s) of counsel (if any):
Darren M. Richie, Vincent Chiaverini

Address: 222 North Canon Drive, Suite 201, Beverly Hills, CA 90210

Telephone number(s): 213-265-7888

Email(s): darren@dre.law, vincent @dre.law

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Six Flags Entertainment, Inc.

Name(s) of counsel (if any):
Sean B. Gibbons, Elizabeth Y. Mu

Address: 1960 East Grand Avenue, Suite 1260, El Segundo, CA 90245

Telephone number(s): 310-937-2066

Email(s): sean.gibbons@fmglaw.com, elizabeth.mu@fmglaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*